UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHANE ANDERS,

      Plaintiffs,                                              Case No. 20-cv-11991
                                              Hon. Matthew F. Leitman

v.

JOCELYN BENSON *et al.*,

      Defendants.

_____/

## ORDER (1) DIRECTING PLAINTIFF TO SERVE COMPLAINT AND MOTION FOR TEMPORARY RESTRAINING ORDER AND (2) SETTING ZOOM STATUS CONFERENCE

On July 26, 2020, and July 27, 2020, Plaintiff Shane Anders filed this action and a motion for a temporary restraining order against Defendant Jocelyn Benson and others. (*See* Compl., ECF No. 1; Mot. for Temporary Restraining Order, ECF No. 5.)  Anders' motion relates to his desire to publish certain campaign literature. Anders has not provided the Court any indication that he has served either the Complaint or the motion on any of the Defendants.  In the motion, Anders' counsel certified that he had spoken with some, but not all, of the Defendants to seek concurrence in his motion, and that concurrence was denied. (*See* Mot., ECF No. 5, PageID.119-120.)

Through this order, the Court **DIRECTS** Anders to serve (1) the Complaint, (2) the motion for temporary restraining order, and (3) a copy of this order on each

of the Defendants ***personally*** by no later than 11:59 p.m. on **July 28, 2020**.   In addition, by no later than 11:59 p.m. on **July 28, 2020**, Anders shall file a proof of service with this Court indicating that he has served the Defendants with each of the documents identified above.   If Anders is unable to serve any of the Defendants personally by the deadline, he may serve counsel for that Defendant(s) with the documents by email by the deadline.   In that event, he shall include in his proof of service an explanation as to why he was unable to serve that Defendant personally as required in this order.   Any delay in service by Anders will result in a delay in the adjudication of Anders' pending motion.

The Court further **DIRECTS** all parties to appear for a Status Conference, to be held by Zoom, at **2:00 p.m.** on **July 29, 2020**.   Information regarding how to connect to the Zoom hearing is included below:

> Zoom meeting link:
>
> https://zoom.us/j/97292747425?pwd=N1dMSWhReE5hS XJqZlBIZWMrZ0NNQT09
>
> Meeting ID: 972 9274 7425
>
> Passcode: 304280
>
> One tap mobile
>
> +12133388477,,97292747425#,,,,,,0#,,304280# US  (Los Angeles)

2

+12532158782,,97292747425#,,,,,,0#,,304280#        US

(Tacoma)

Dial by your location

    +1 213 338 8477 US (Los Angeles)

    +1 253 215 8782 US (Tacoma)

    +1 301 715 8592 US (Germantown)

    +1 312 626 6799 US (Chicago)

    +1 602 753 0140 US (Phoenix)

Meeting ID: 972 9274 7425

Passcode: 304280

**IT IS SO ORDERED**.

                                 s/Matthew F. Leitman
                                 MATTHEW F. LEITMAN
                                 UNITED STATES DISTRICT JUDGE

Dated:  July 27, 2020

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 27, 2020, by electronic means and/or ordinary mail.

                                 s/Holly A. Monda
                                 Case Manager
                                 (810) 341-9764